**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL of CARPENTERS PENSION FUND, et al. <br> v. <br> SOPCIC INC. a dissolved Illinois corporation and LJUBOMIR SOPCIC individually and d/b/a SOPCIC INC. | FILED: JULY 2, 2008 <br> 08CV3801 <br> JUDGE GETTLMAN <br> MAGISTRATE JUDGE NOLAN <br> MKH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALL PLAINTIFFS

| NAME (Type or print) |
|---|
| Daniel P. McAnally |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ DANIEL P. McANALLY |

| FIRM |
|---|
| WHITFIELD McGANN & KETTERMAN |

| STREET ADDRESS |
|---|
| 111 E. WACKER DRIVE, SUITE 2600 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6205288 | 312-251-9700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐