## United States District Court for the Northern District of Illinois

Case Number: 08cv3801    Assigned/Issued By: DAJ

Judge Name: GETTLEMAN    Designated Magistrate Judge: NOLAN

### FEE INFORMATION

*Amount Due:* [✓] $350.00    [ ] $39.00    [ ] $5.00
[ ] IFP    [ ] No Fee    [ ] Other _____
[ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 2907166

Date Payment Rec'd: 07/02/08    Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons    [ ] Alias Summons
[ ] Third Party Summons    [ ] Lis Pendens
[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
    _____
    (Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
    (Type of Writ)

2 Original and 0 copies on 07/02/08 as to DEF'S. _____
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05